UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>Application of Anna Badrievna Saliya and Sesili Badrievna Saliya for and on behalf of The Estate of Badri Saliya for an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from Marina Kuzmich for Use in Foreign Proceedings | Misc. No. 2:26-mc-00015 |

**APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

Applicants Anna Badrievna Saliya and Sesili Badrievna Saliya for and on behalf of the Estate of Badri Saliya (collectively, "Applicants"), by and through their undersigned counsel, respectfully apply under 28 U.S.C. § 1782 and Local Civil Rule 27.1 for an ex-parte order authorizing Applicants, through their counsel, to issue and serve subpoenas upon Marina Kuzmich, a resident of this District, for testimony and the production of documents and electronically stored information for use in civil proceedings pending before courts in the nation of Georgia.

Applicants are sisters residing in the Federation of Russia. They are the daughters and legal heirs of Badri Saliya, who passed away on November 20, 2023. *See* Ex. A to Saliya Decl. Following Badri Saliya's death, an estate was opened in Georgia. Applicants have participated in proceedings concerning the administration of that estate and claims asserted against it. *Id.* The Georgian proceedings arise from Mayia Saliia's (Badri Saliya's sister and Applicants' aunt) claim, who alleges, among other matters, that she lent approximately $56,117.94 to Badri that remains unpaid. *See* Ex. B to Saliya Decl. In or around March 2022, Mayia Saliia and Anna Kuzmich transferred to Badri Saliya approximately $52,888.00 across 52 wire transfers, consisting of $32,980.00 from Anna Kuzmich (the larger portion) and $19,908.00 from Mayia Saliia. *See* Ex. D to Saliya Decl. At Anna Kuzmich and Mayia Saliia's direction, between March 24, 2022 through

April 19, 2023, Badri Saliya repaid these funds, less transfer fees, totaling $51,643.00, to Anna Kuzmich's sister, Marina Kuzmich, a resident of New Jersey, which repayment is evident from the bank records. *Id*.

Notwithstanding the repayment, on or about May 2, 2024, Mayia Saliia filed a claim against the estate in a matter captioned *Mayia Saliia v. Anna Saliya, et al.*, No. 2/1114-24, in the Zugdidi District Court in the nation Georgia *inter alia* seeking to recover approximately $56,117.94, representing the very same funds that were advanced to Badri Saliya and paid back to Marina Kuzmich (Anna Kuzmich's sister). *See* Ex. B to Saliya Decl. Crucially, Anna Kuzmich did not join Mayia Saliia's claim, which is a strong indication that the alleged debt has already been fully repaid to her sister, Marina Kuzmich. Applicants filed a Statement of Defense in the said matter and are defending these claims against the estate. *See* Ex. C to Saliya Decl.

The requested evidence is sought from Marina Kuzmich, a natural person residing at 33 Oakwood Avenue, Livingston, New Jersey 07039, within the District of New Jersey. *See* Proposed Subpoenas annexed to Kahn's Decl. Marina Kuzmich is the sister of Anna Kuzmich who contributed most of the funds advanced to Badri Saliya and is believed to have been the ultimate recipient of funds transmitted by Badri Saliya, in and around March 2022. *See* Saliya Decl. ¶ 6. The requested evidence is relevant and material to the Georgian proceedings because it may establish whether Marina Kuzmich received those funds, and whether the claims asserted by Mayia Saliia against Applicants representing Badri Saliya's estate are valid. Applicants are interested persons within the meaning under 28 U.S.C. § 1782, because they are party litigants in the Georgian proceedings and Badri Saliya's legal heirs and representatives of his estate against whom claims have been asserted.

This application meets all of the statutory and discretionary requirements necessary to obtain an order under Section 1782, as detailed in the Applicants' accompanying memorandum of law and supporting declaration of Sesili Saliya, which is incorporated by reference herein.

WHEREFORE, based on the foregoing, the Applicants, Anna Badrievna Saliya and Sesili Badrievna Saliya request that this Court grant this application authorizing Applicants, through their counsel, to issue and serve subpoenas upon Marina Kuzmich, for testimony and the production of documents and electronically stored information for use in civil proceedings pending before courts in the nation of Georgia.

Dated: September 9, 2026
Brooklyn, New York

KAHN YUNIVER LAW

*/s/ Irene Sinayskaya Kahn*____
Irene Sinayskaya Kahn, Esq.
710 Avenue U
Brooklyn, New York 11223
T: (718) 402-2240
F: (718) 305-4571
E: Irene@kypcl.com
*Counsel for Applicants Anna Badrievna Saliya and Sesili Badrievna Saliya*